FILED

03/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0577

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0577

_____

WADE J. DAHOOD,

     Plaintiff and Appellee,

v.

                                          O R D E R

RICHARD CHARLES LUSSY,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Richard .C. Lussy, to all counsel of record, and to the Honorable Kurt Krueger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 11 2020